IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>GEORGE S. FRENA ) | Criminal No. 05-39<br>(18 U.S.C. § 1832(a)(4)) |

## INFORMATION

The United States Attorney charges:

On or about July 6, 2001, in the Western District of Pennsylvania and elsewhere, the defendant, GEORGE S. FRENA, with intent to convert a trade secret of Confluence Technologies, Inc. (Confluence) that was related to and included in a product that was produced for and placed in interstate commerce, that is, the proprietary computer software programs included in the Confluence product known as FundStation, Version 4.6, to the economic benefit of anyone other than the owner thereof, to wit, to the economic benefit of a competitor of Confluence, and intending and knowing that the offense would injure Confluence, did knowingly attempt to commit a violation of Title 18, United States Code, Section 1832(a)(2) by sending and causing to be delivered, without authorization, by United States Mail from Pittsburgh, Pennsylvania to New Haven, Connecticut a copy of FundStation, Version 4.6, which was appropriated by the defendant without authority from Confluence.

In violation of Title 18, United States Code, Section 1832(a)(4).

MARY BETH BUCHANAN
United States Attorney
PA ID No. 50254

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA )
)
v. ) Criminal No. 05-39
)
GEORGE S. FRENA )

ARRAIGNMENT PLEA

Defendant GEORGE S. FRENA being arraigned, pleads Guilty in open Court this 14Th day of February, 2005.

_____
(Defendant's Signature)

_____
(Attorney for Defendant)

# CRIMINAL CASE INFORMATION SHEET

CR05-39

Pittsburgh __X__   Erie _____   Johnstown _____

Related to No. _____ Judge _____
(All criminal prosecutions arising out of the same criminal
transaction or series of transactions are deemed related).

CATEGORY: 1.  _____ Antitrust & Securities Fraud
          2.  _____ Tax
          3.  __X__ General Criminal

| | | |
|---|---|---|
| Defendant's name: | George S. Frena | |
| Is Indictment waived: | __X__ yes | _____ no |
| Pretrial Diversion: | _____ yes | __X__ no |
| Juvenile proceeding: | _____ yes | __X__ no |
| Defendant is: | __X__ Male | _____ Female |
| Superseding Indictment or Information: | _____ yes | __X__ no |

Previous case number: _____

If superseding, previous case was/will be:

_____ Dismissed on defendant's motion
_____ Dismissed on government's motion
_____ After appellate action
_____ Other (explain)

County in which first
offense cited occurred:   Allegheny County

Previous proceedings before
Magistrate Judge: _____

Case No.: _____

PLEASE INCORPORATE MAGISTRATE CASE WITH CRIMINAL CASE

Date arrested or date
continuous U.S. custody began: _____

Defendant: _____ is in custody  __X__ is not in custody

Name of Institution: _____

Custody is on:   _____ this charge   _____ another charge

_____ another conviction

_____ State   _____ Federal

Detainer filed:   _____ yes   __X__ no

Date detainer filed: _____

Total defendants: 1

Total counts: 1

Data below applies to defendant No.: 1

Defendant's name: George S. Frena

## SUMMARY OF COUNTS

| COUNT NO. | U.S. CODE | OFFENSE | FELONY | MISDEMEANOR |
|---|---|---|---|---|
| 1 | 18 U.S.C. § 1832(a)(4) | Attempted theft of trade secrets | X | |

I certify that to the best of my knowledge the above entries are true and correct.

DATE: 3/14/05

DENNIS P. KISSANE
Assistant U.S. Attorney
PA ID No. 18606