IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 05-39 |
| | ) | |
| GEORGE S. FRENA | ) | |

GOVERNMENT'S POSITION REGARDING
PRESENTENCE INVESTIGATION REPORT

AND NOW comes the United States of America, by its attorneys, Mary Beth Buchanan, United States Attorney for the Western District of Pennsylvania, and Dennis P. Kissane, Assistant United States Attorney for said district, and files the following Position on behalf of the United States regarding the Presentence Investigation Report in the above-captioned case.

The government has received and reviewed the presentence investigation report (PSIR) filed in the above-captioned case, and has no objection to the content of the report.

Respectfully submitted,

MARY BETH BUCHANAN
United States Attorney

By: DENNIS P. KISSANE
Assistant U.S. Attorney
PA ID No. 18606

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the within Government's Position Regarding Presentence Investigation Report was served by first-class mail to and upon the following:

Michael Novara, Esquire
1450 Liberty Center
1001 Liberty Avenue
Pittsburgh, Pennsylvania 15222

United States Probation Office
Jennifer Beard
U.S. Probation Officer
411 Seventh Avenue, Suite 1100
P.O. Box 1468
Pittsburgh, Pennsylvania  15230

DENNIS P. KISSANE
Assistant U.S. Attorney
PA ID No. 18606

Dated: April 13, 2005