IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) Criminal No. 05-39 | |
| ) | |
| GEORGE FRENA ) | |

POSITION OF DEFENDANT WITH
RESPECT TO SENTENCING FACTORS

AND NOW, comes the defendant, George Frena, by his attorney, Michael J. Novara, First Assistant Federal Public Defender, and respectfully files this Position of Defendant with Respect to Sentencing Factors pursuant to Local Rule 32.1.

1. Mr. Frena and undersigned counsel have received the Presentence Report ("Report") prepared in this matter, and have no objections to the guideline calculations contained therein.

2. Undersigned counsel has conferred with Assistant United States Attorney Dennis P. Kissane and United States Probation Officer Andrew Waszyn and informed them of Mr. Frena's position.

Respectfully submitted,

Michael J. Novara
First Assistant Federal Public Defender
Attorney I.D. No. 66434

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Position of Defendant with Respect to Sentencing Factors was hand delivered to the mailbox in the Clerk's Office this 18th day of April, 2005, to the following:

>Dennis P. Kissane
>Assistant United States Attorney
>400 United States Courthouse
>Pittsburgh, Pennsylvania 15219
>
>Andrew Waszyn
>United States Probation Officer
>411 Seventh Avenue, Suite 1100
>Pittsburgh, Pennsylvania 15219

and mailed this same date to:

>George Frena
>253 Coxcomb Hill Raod
>New Kensington, Pennsylvania 15068

Michael J. Novara
First Assistant Federal Public Defender